RECEIVED
IN ALEXANDRIA, LA.
JUN 1 4 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| JOHNNY RAY CHANDLER<br>FED. REG. NO. 11977-007 | CIVIL ACTION NO. 09-1810 |
| VS. | SECTION P |
| WARDEN J.P. YOUNG | JUDGE TRIMBLE |
| | MAGISTRATE JUDGE KAY |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that petitioner's petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. §2241 be .**DISMISSED WITH PREJUDICE** for failing to state a claim for which *habeas corpus* relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 14th day of June, 2010.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE